# United States Court of Appeals
## For the First Circuit

No. 19-2167

SHAEL NORRIS, on behalf of her minor child A.M.,

Plaintiff, Appellee,

v.

CAPE ELIZABETH SCHOOL DISTRICT; DONNA WOLFROM, Superintendent of
Cape Elizabeth Schools; JEFFREY SHEDD, Principal of Cape
Elizabeth High School; NATHAN CARPENTER, Vice Principal of Cape
Elizabeth High School,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on August 6, 2020, is amended as follows:

On page 11, line 18, insert "(alterations in original)" at the end of the block quote such that it reads "' . . . privileges provided by the school.'  (alterations in original)."

On page 15, line 13, move the end quotation mark inside the semicolon such that it reads "'pedagogical concerns'; and Morse . . . ."

On page 31, line 2, insert "(all but first alteration in original)" at the end of the block quote such that it reads "' . . . privileges provided by the school.'  (all but first alteration in original)."

On page 43, line 5, insert "administrators" after "school."